# KING & SPALDING

King & Spalding LLP
1100 Louisiana St., Suite 4000
Houston, TX 77002-5213
Tel:  +1 713 751 3200
Fax:  +1 713 751 3290
www.kslaw.com

Reginald R. Smith
Partner
Direct Dial:  +1 713 751 3226
Direct Fax:  +1 713 751 3290
rsmith@kslaw.com

October 1, 2018

**Via ECF**

The Honorable Kenneth M. Hoyt
United States District Judge
United States Courthouse
Courtroom No. 11A
515 Rusk Avenue, 11th Floor, Room 11-144
Houston, Texas 77002

> **Re:**  ***Rusoro Mining Limited v. Bolivarian Republic of Venezuela et al.*, Civ. No. 4:18-CV-01458, In the United States District Court For the Southern District of Texas, Houston Division**

Dear Judge Hoyt:

Your Honor's July 19, 2018 Order required counsel for Plaintiff Rusoro Mining Limited ("Plaintiff") to "report to the Court regarding the status of whether or not service has been effectuated" on defendants the Bolivarian Republic of Venezuela and Petróleos de Venezuela, S.A. (collectively, the "Foreign Entity Defendants").

On May 14, 2018, Plaintiff provided summons to a process server to be served upon the Foreign Entity Defendants in accordance with the Hague Service Convention.  As of the date of this Letter, the process server continues in its efforts to effect service on the Foreign Entity Defendants, and it is uncertain as to when service will be complete.

We are available to answer any questions Your Honor may have going forward.

Respectfully submitted,

KING & SPALDING LLP

October 1, 2018
Page 2


                                    */s/ Reginald R. Smith*_____
                                    Reginald R. Smith
                                    Texas Bar No. 00792174
                                    S.D. Tex. Bar. No. 18982
                                    Tracey M. Robertson
                                    Texas Bar No. 00792805
                                    S.D. Tex. Bar. No. 26094

                                    KING & SPALDING LLP
                                    1100 Louisiana, Suite 4000
                                    Houston, TX 77002
                                    (713) 751-3200
                                    rsmith@kslaw.com
                                    trobertson@kslaw.com

                                    James E. Berger
                                    Texas Bar No. 24107426
                                    Arthur J. Steinberg
                                    Thomas C.C. Childs
                                    Charlene C. Sun

                                    KING & SPALDING LLP
                                    1185 Avenue of the Americas
                                    New York, NY 10036
                                    (212) 556-2202
                                    jberger@kslaw.com
                                    asteinberg@kslaw.com
                                    tchilds@kslaw.com
                                    csun@kslaw.com


cc:  All counsel of record