UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RUSORO MINING LIMITED, § § § Plaintiff, § VS. § BOLIVARIAN REPUBLIC OF VENEZUELA § and § PETROLEOS DE VENEZUELA, S.A. § and § PDV HOLDING, INC., *et al*, § § Defendants. § | CIVIL ACTION NO. 4:18-CV-01458 |

## NOTICE OF SETTING

The parties are hereby notified that a status conference is set for **August 23, 2021 at 8:45 a.m.** and will be handled as a telephone conference. The parties are directed to contact the Court at the number provided in order to participate in the conference call.

Conference number: **713-250-5126**

Conference ID: **45126#**

Conference Password: **13579#**

Date: August 19, 2021                                           NATHAN OCHSNER, CLERK

                                                                By: C. Horace, Case Manager to
                                                                    Judge Kenneth M. Hoyt