UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RUSORO MINING LIMITED, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:18-CV-01458 |
| BOLIVARIAN REPUBLIC OF VENEZUELA and PETROLEOS DE VENEZUELA, S.A. and PDV HOLDING, INC., *et al*, | § § § § § § § | |
| Defendants. | § | |

### ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
### HELD ON August 23, 2021 at 8:45 AM

Appearances:   James Berger
Nathan P. Eimer
(Court Reporter: K. Metzger)

The following rulings were made:

Pursuant to phone conference this day, the Court directs the plaintiff to determine within 60 days whether it will proceed or stay the case on or before October 23, 2021. Counsel for the plaintiff shall file a status report with the Court regarding this issue.

It is so ORDERED.

SIGNED on this 23rd day of August, 2021.

_____
Kenneth M. Hoyt
United States District Judge